UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 91CR0063-JAH |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| FRANCISCO OROZCO-MORFIN, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: December 20, 2012

JOHN A. HOUSTON
United States District Judge